UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GLEN ELLYN PHARMACY, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. _____ |
| ) | |
| v. ) | |
| ) | |
| PRIMUS PHARMACEUTICALS, INC., and ) | |
| JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

Defendant Primus Pharmaceuticals, Inc. ("Primus"), by and through its counsel, and pursuant to 28 U.S.C. §§ 1441, 1446 and 1331, hereby files this Notice of Removal of a certain action pending in the Circuit Court of Cook County, Illinois. The grounds for removal are as follows:

1. On June 4, 2009, Plaintiff Glen Ellyn Pharmacy, Inc. filed a lawsuit in the Circuit Court of Cook County, Illinois, entitled *Glen Ellyn Pharmacy, Inc. v. Primus Pharmaceuticals, Inc. and John Does 1-10*, Case No. 09 CH 18089 (the "Lawsuit").

2. On June 9, 2009, Primus was served with a summons and complaint in the Lawsuit. A copy of the Summons and Complaint - Class Action are attached hereto as **Exhibit A**.

3. Plaintiff seeks recover for itself and similarly-situated persons for, *inter alia*, Primus' alleged violation of the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 (the "TCPA"). Plaintiff also purports to assert claims under the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/2 *et seq*. and for common law conversion.

4.	This is a civil action over which the district courts of the United State have original jurisdiction as provided in 28 U.S.C. § 1331 because a federal question exists, as Count I of Plaintiff's Complaint alleges a violation of the TCPA. *See Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446, 451 (7th Cir. 2005). Accordingly, pursuant to 28 U.S.C. §§ 1331 and 1441, this action is removable to this Court.

5.	This Notice of Removal has been filed with this Court within thirty (30) days following service of the summons and complaint.

6.	Primus will, after filing this Notice of Removal, promptly give notice thereof to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Circuit Court of Cook County, Illinois.

WHEREFORE, Defendant Primus Pharmaceuticals, Inc. respectfully requests that the above-described action pending against it in the Circuit Court of Cook County, Illinois, be removed to this Court.

> PRIMUS PHARMACEUTICALS, INC.
>
> /s/ Charles B. Leuin
> One of Its Attorneys

Charles B. Leuin (No. 6225447)
Jason B. Elster (No. 6289434)
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Tel: 312-456-8400

Dated: July 9, 2009

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Notice of Removal was served by hand delivery, on this 8th day of July, 2009, upon the following attorney for Glen Ellyn Pharmacy, Inc.:

>Daniel A. Edelman, Esq.
>Edelman, Combs, Latturner & Goodwin, LLC
>120 S. LaSalle St., 18th Floor
>Chicago, IL  60603

                                /s/ Charles B. Leuin
                                Charles B. Leuin