UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Glen Ellyn Pharmacy, Inc.
                                    Plaintiff,

v.                                                    Case No.: 1:09−cv−04124
                                                      Honorable Ruben Castillo

Primus Pharmaceuticals, Inc., et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 13, 2009:

    MINUTE entry before the Honorable Ruben Castillo:After a careful review of this recently removed state court complaint, said complaint is dismissed without prejudice to the filing of a timely motion to remand or the filing of any amended federal complaint. The parties are directed to exhaust all settlement possibilities prior to filing any additional pleadings. Defendant's unopposed motion for extension of time to answer or otherwise respond [10] is granted. Defendant will be given until 8/17/2009 to answer or otherwise plead to any amended complaint that is filed. Motion hearing set for 7/15/2009 is vacated. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.