UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.3
Eastern Division

Glen Ellyn Pharmacy, Inc().

                    Plaintiff,

v.                                             Case No.: 1:09−cv−04124
                                             Honorable Ruben Castillo

Primus Pharmaceuticals, Inc., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 14, 2009:

      MINUTE entry before the Honorable Ruben Castillo:The Court will hold a status hearing in open court on 9/17/2009 at 10:00 AM. Defendants to answer or otherwise plead to the amended complaint on or before 9/15/2009. The parties are directed to exhaust all settlement possibilities prior to the status hearing.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.