## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
## Eastern Division

Glen Ellyn Pharmacy, Inc.

                              Plaintiff,

v.                                                       Case No.: 1:09−cv−04124
                                                          Honorable Ruben Castillo

Primus Pharmaceuticals, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 5, 2009:

      MINUTE entry before the Honorable Ruben Castillo:Counsel for plaintiff notified the Court that the parties have reached a tentative settlement. This case is hereby dismissed without prejudice subject to a dismissal with prejudice upon the filing of a stipulation.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.