IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLEN ELLYN PHARMACY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 09 C 4124 |
| | ) | |
| PRIMUS PHARMACEUTICALS, INC., | ) | Judge Castillo |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Glen Ellyn Pharmacy, Inc. and defendant Primus Pharmaceuticals, Inc. hereby stipulate and agree to the dismissal of Plaintiff's individual claims against Defendant Primus Pharmaceuticals, Inc. with prejudice and without costs, except as those agreed upon by the parties. Plaintiff's class claims alleged against Defendant Primus Pharmaceuticals, Inc. are dismissed without prejudice and without costs.

Respectfully submitted,

GLEN ELLYN PHARMACY, INC.                PRIMUS PHARMACEUTICALS, INC

By:   /s/ Dulijaza Clark                 By:   /s/ Charles B. Leuin
      One of Its Attorneys                     One of Its Attorneys

Julie (Dulijaza) Clark                   Charles B. Leuin
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC  Greenberg Traurig. LLP
120 S. LaSalle St.                       77 W. Wacker Dr.
Suite 1800                               Suite 3100
Chicago, IL 60603                        Chicago, IL 60601
(312) 739-4200                           (312) 476-5059
(312) 419-0379 (FAX)                     (312) 456-8435 (FAX)

1

**CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, certify that I caused a copy of the forgoing notice and the documents referred to therein to be served by CM/ECF system on October 13, 2009 on the following party:

Charles B. Leuin
Jason B. Elster
Greenberg Traurig
77 West Wacker Drive
Suite 2500
Chicago, IL 60601
(312) 476-5060
leuinc@gtlaw.com
elsterj@gtlaw.com

                                          /s/ Dulijaza Clark
                                          Dulijaza Clark

Julie (Dulijaza) Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle St., Suite 1800
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)