**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3**
**Eastern Division**

Glen Ellyn Pharmacy, Inc.
                  Plaintiff,

v.                                                    Case No.: 1:09−cv−04124
                                                       Honorable Ruben Castillo

Primus Pharmaceuticals, Inc., et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, October 13, 2009:

      MINUTE entry before the Honorable Ruben Castillo: Plaintiff's individual claims against defendant Primus Pharmaceuticals, Inc. are dismissed with prejudice and without costs; and Plaintiff's class claims alleged against defendant Primus Pharmaceuticals, Inc. are dismissed without prejudice and without costs pursuant to the Stipulation of Dismissal [17] filed by the parties on 10/13/2009.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.